FILED

2014 FEB 26 AM 7:47

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

ROBERT L. TRGOVICH CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Kendall Warner & Kenny Tarver, Jia Troy,  )
Ray, Eugene Hope    PLAINTIFF               )
[Type or print your name on the line above] )
Darnell Watkins, Sherwin Johnson,           )
Melvine Whiting,                             )
                                             )
State                                        )
Indiana v. Visa, Master Card, American       )
Lake County.  Google Inc.       Express      )
                                          ,  )
            DEFENDANT                        )
[Type or print only the name of the first    )
person you are suing. List everyone you      )
are suing on page 2.]                        )

2:14 CV 60

Cause No. _____

*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Kendall D. Warner
   Name: First     Middle     Last

2. What is your address:  923 Ames St Hammond, IN 46320

Phone number (773) 732-2026

B. DEFENDANT(S) How many defendants are you suing: 18 + et. al

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

[Revised May 2, 2006]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|

1. Lake County Sheriff Department   2293 North Main Street   Crown Point, IN 46307
   State of Indiana

   Google, Inc.   Executive Officers (Larry Page, CEO Co-founder; Sergey Brin, Eric E. Schmidt; Patrick Pichette; Nikesh Arora, David C, Drummond; Alan Eustace; Salar Kamanger; Sridhar Ramaswamy; Sundar Pichai; Susan Wajcicki; Urs Holzle, Vic Gundotra)
   et al. other Publishing Co. online
   or Various Payment Institutions
   including Visa, Master Card
   American Express, etc.

## II. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.

**Number your paragraphs.**

1. Upon my release from Federal Prison in 2003-2004, I received a few years later a registration form from lake County Sheriff's Department notifying my of a registration for violent offenders in 2007. I went to Lake County and informed them that Statute number IC 11-8-8 or IC 5-2-12 did feel not apply to me since it wasn't a retroactive statute. In July 1, 2008 of the Sex & Violent Offender Registration Responsibility due to my case in 1977. This law was enacted in 2007 and wasn't a retroactive to 1977. Still for the next few years they continued to send me registration forms to complete and return with the threat of possible warrants for my arrest if I failed to comply. Last year (2012) I was informed that this information for Sex & Violent Offenders information was posted on the internet under Google search engines listing me as a sex offender a d violent offender. I wrote on their web site page and asked them to remove this malicious information. They asked me to pay with a credit card to have it removed. I informed them I never had a sex offense case in my life and the biased information should be removed immediately. To date, this has not been done.

2. The above named defendants have all conspired to capitalize not only on the seven (7) named plaintiffs, but probably under color of each state law this has affected thousands of former ex felons nationally...

Cause(s) of Action with Supporting Facts (continued)

Lake County and the State of Indiana has maliciously and feloniously worked alongside the Google Internet Company and any other publishing network system along with various payment institutions (ie Visa, MasterCard, American Express, etc) to make money of publishing criminal backgrounds of individuals that should not be listed as Sex Offenders or current violent offenders. Statue No. IC 35-42-4-1 which became effective July 1, 2007 does not apply to cases prior to 2007. My case was tried and resolved March 21, 1978 which essentially was thirty years before this ruling. I was released from prison August 2, 2003. Others falling under this same error is as follows:

1) Kenny ~~Tolbert~~ Tarver
2) Melvin Whiting
3) Eugine Hope
4) Darnell Watkins
5) Sherwin Johnson
6) LeTroy Ray
7) Kendall D. Warner

## III. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?
X NO [ ] YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____
Judge: _____ Docket Number: _____
Date filed: _____ Date closed: _____

## IV. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

Due to this error on the above-captioned entities part, I feel this complaint should be a class-action lawsuit of **liable and slander** with compensation in the amount of $3.5M annually for a period of seven years being awarded to each of the above complaints according to the law covering the time of any publications to present and all information should be removed immediately.

Latroy D. Ray
733 Harrison St
Hammond, In 46402
219-808-0836

Eugene Hope
4241 Delaware St.
Gary, IN. 46409
219-6144085

Melvin Whiting
1808 Georgia ST
GARY IND
219 427 4796

Kenny Tarver
5924 Columbia ave,
Hammond, In 46320
219 895-5714

Sherwin Johnson
4938 Alexander
East Chicago In 46321

Darnell Watkins
1286 W. 13Th Ave
Gary Indiana 46407
(219) 290-0082

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

__ﾞ___ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

__✓___ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

__✓___ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

__✓___ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

__✓___ I agree to promptly notify the clerk of any change of address.

__✓___ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_____ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __3rd__ day of __January__, 20_14_.

_____
Your Signature

4



# Indiana Sheriffs' Sex and Violent Offender Registry

***Notification Only***

This is a failure to register sex offender in Lake County, Indiana

Anyone with information contact:

Lake County Sheriff's Department
Sex & Violent Offender Unit
2293 North Main Street
Crown Point, Indiana 46307
Phone Number: (219) 755-3321

## Offender Detail



**FAILED TO REGISTER**

| | |
|---|---|
| Status: | ACTIVE |
| Registration Type: | Violent Offender |
| Offender Type: | LIFETIME NOTIFICATION |
| Released: | 09/01/2000 |
| End Reg. Date: | |
| Next Reg. Date: | |

**KENDALL DAVID WARNER**

Address(es):
Address On Record for This Offender May Not Be Accurate and Will Not Be Shown.

| | | | |
|---|---|---|---|
| Age: | 51 | Sex: | Male |
| Race: | Black | Complexion: | Dark |
| Height: | 5' 09" | Weight: | 230 lb |
| Eye Color: | Brown | Hair: | Black |
| Build: | Medium | | |

Aliases: No aliases found.

Charges:

[35-42-1-1] MURDER
Cause: 4CR-14-178-67
Sentence: 60 YEARS
Conviction County: LAKE
Conviction State: INDIANA
Conviction Date: 03/21/1978

**NOTICE:** Searches based on names, dates of birth and other identifiers are not always accurate, nor is the information contained on this website guaranteed to be correct. The only way to positively link someone to a criminal record is through fingerprint verification.